```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 24, 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC

                            Plaintiff(s),           19 Civ. 5819  (LGS)

         -against-                            ORDER

JOHN DOE

                            Defendant(s),
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: October 24, 2019
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE