AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 72.80.127.33
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC | 03/31/2019 17:11:43 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 2 | 132E0782A298ADD3C5CDAA3B0AD3072B3E13BB95 | 02/28/2019 04:41:00 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 3 | 1AA3C0F46C86B024327B18536E8198E11D263218 | 03/18/2019 16:38:18 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 4 | 1F722C52415B40FEACCCB7B6334EA08C85BBC5B5 | 03/11/2019 15:12:55 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 5 | 36602A2A8598380F67FF6FCEBD7FCD97ED374F38 | 03/20/2019 14:30:38 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 6 | 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57 | 12/28/2018 05:32:39 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 7 | 4565CA245E7615875CF6103EF72459933D90A612 | 01/17/2019 05:08:47 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 8 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 12/28/2018 06:05:44 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 9 | 59BBB32A1C085F460AAFB1329242C36691D072A1 | 01/09/2019 15:53:16 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 10 | 66F26E9432427C93193C238098E035ABC6099E87 | 01/14/2019 14:43:15 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 11 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 01/28/2019 17:44:58 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 12 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 02/28/2019 04:56:49 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 13 | 8A52F0878F22B9AC4A7C01099B96A2F81B54B128 | 03/08/2019 14:55:45 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 14 | 8B84870625941F984BA357806583B9F62C6D5F9D | 02/01/2019 16:16:59 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 15 | 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900 | 01/23/2019 15:27:20 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 16 | A5771BCE0E8944ACFDE663D1705F22C29E8104BF | 03/17/2019 18:07:56 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 17 | A7671D9A943B4580C4CA097645722A9860A70621 | 12/31/2018 19:00:12 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | AAB43732CA29D96F72C32A4D7590FD1111D8A86C | 04/05/2019 13:23:35 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 19 | B189F7154051D8613DD8D381642B96A7F2B3D6EE | 03/25/2019 13:49:45 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 20 | BD854768B2F7F60A088E5A249207DEACEE5A7CD0 | 02/15/2019 18:40:51 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 21 | C49AEC5636CEE48A256215D292AA9529A653CBDD | 01/23/2019 15:36:27 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 22 | C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8 | 02/11/2019 17:32:05 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 23 | C9B0FE824EC74B4492017E5AA090C08B4314BF82 | 01/23/2019 15:38:39 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 24 | D4130E59A4F7FAA536754AB19E46653D45AA46FF | 02/15/2019 18:48:27 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 25 | D4C4F2E93F58EE586FCFBA4A3034783CB97E59AE | 02/22/2019 15:48:11 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 26 | D61C5F04FDAB44544326F33150221B2E8A0538C6 | 03/25/2019 13:57:01 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 27 | DBD37806A272E34CF33F9EDAF8BDA6391FF8F7C0 | 03/08/2019 15:12:23 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 28 | DCBE768B9794A804EED1BD6C3027B1D9C0B8886F | 02/19/2019 15:20:32 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |